UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAY COLLINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>Defendants. | No.  2:25-cv-01726-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. Nos. 9, 16) |

Plaintiffs Steven Ray Collins and Sharon Lavette Collins are proceeding *pro se* in this civil action whish they initiated on June 18, 2025.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss (Doc. No. 9) be granted without further leave to amend.  (Doc. No. 16.)  Specifically, the magistrate judge concluded that the doctrine of claim preclusion bars plaintiffs' action because they a final judgment on their claims was previously entered in *Collins, et al. v. Wells Fargo*, No. 2:23-cv-02676-DAD-CSK.  (*Id.* at 2–3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  On February 20, 2026, plaintiffs filed objections to the findings and recommendations.  (Doc.

1

No. 17.)  In those objections, plaintiffs simply argue that dismissal is not appropriate because of their *pro se* status.  (Doc. No. 17 at 4–6.)  However, this argument does not serve as a basis on which to reject the magistrate judge's conclusion that plaintiffs, even though they are *pro se*, are barred from pursuing the claims they assert in this action because final judgment on the merits resolving those claims have already been entered by this court in another action brought by plaintiffs.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on February 6, 2026 (Doc. No. 16) are ADOPTED in full;

2.    Defendants' motion to dismiss (Doc. No. 9) plaintiffs' complaint is GRANTED without further leave to amend; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 16, 2026**                    _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE